468 A.2d 856

Hale v. Hale, Appellant.

Argued September 21, 1983. Albert C. Oehrle, for appellant; Robert B. Surrick, for appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

The order of March 4, 1983 is affirmed except as it relates to counsel fees. The case is remanded for a determination

of the amount and reasonableness of the counsel fees to be awarded.   Jurisdiction is not retained.

CIRILLO and CERCONE, JJ., did not participate in the consideration or decision of this case.